# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:12CR153 |
| | § | (Judge Schell) |
| ROBERT JAMES CORCORAN (3) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 25, 2014, to determine whether Defendant violated his supervised release. Defendant was represented by Jens Bakker. The Government was represented by Andy Williams.

On August 15, 2013, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of 4 months imprisonment followed by a 2 year term of supervised release for the offense of conspiracy to pass counterfeit obligations of the United States. Defendant began his term of supervision on August 29, 2013.

On November 6, 2013, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 118). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall notify the probation officer ten days prior to any change of residence or employment; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.; and (3) Defendant shall participate in a program of testing and treatment for drug abuse,

1

Cenikor or some other inpatient treatment program, under the guidance and direction of the United States Probation Office, until such time as Defendant is released from the program by the probation officer.

The Petition alleges that Defendant committed the following violations: (1) On October 22, 2013, Defendant moved from his residence at the House of Isaiah without notifying the Probation Officer; (2) On October 22, 2013, Defendant submitted a urine specimen that tested positive for morphine; and (3) On October 23, 2013, Defendant was unsuccessfully discharged from the House of Isaiah. Defendant left the facility on October 22, 2013 without permission and failed to return.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release and that his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984 and having considered the arguments presented at the June 25, 2014 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months with no supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in the Bureau of Prisons facilities located in Seagoville, Texas, if appropriate.

**SIGNED this 26th day of June, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE